Court of Appeals Case No. 24-7235

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

BRITTANY MORRISON,

*Plaintiff-Appellee,*

v.

YIPPEE ENTERTAINMENT, INC.,

*Defendant-Appellant.*

Appeal from the United States District Court
Southern District of California
District Court No. 3:24-cv-0797
The Honorable Michael M. Anello

**PLAINTIFF-APPELLEE'S REQUEST FOR JUDICIAL NOTICE**

| | |
|---|---|
| L. Timothy Fisher | Yitzchak Kopel |
| **BURSOR & FISHER, P.A.** | Max S. Roberts |
| 1990 N. California Blvd., 9th Floor | **BURSOR & FISHER, P.A.** |
| Walnut Creek, CA 94596 | 1330 Ave. of the Americas, 32nd Floor |
| Telephone: (925) 300-4455 | New York, NY 10019 |
| E-Mail: ltfisher@bursor.com | Telephone: (646) 837-7150 |
| | E-Mail: ykopel@bursor.com |
| | mroberts@bursor.com |

*Attorneys for Plaintiff-Appellee*

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff-Appellee Brittany Morrison respectfully requests that the Court take judicial notice of documents and matter set forth below (together with their contents) pursuant to Federal Rule of Evidence 201. Rule 201 permits courts to take judicial notice of facts that "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). Under Fed. R. Evi. 201, a court may take judicial notice of court records, including dockets and complaints. *Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001) ("a court may take judicial notice of 'matters of public record'"); *Headwaters Inc. v. U.S. Forest Serv.*, 399 F.3d 1047, 1051 n.3 (9th Cir. 2005) (taking judicial notice of a docket of another court); *Zimmerman v. Allstate Ins. Co.*, 2013 WL 12114838, at *6-7 (C.D. Cal. Dec. 5, 2013) (taking judicial notice of complaint filed in another action).

Accordingly, Morrison respectfully requests that the Court take judicial notice of the following document, which is attached as **Exhibit 1** to this Request for Judicial Notice:

> 1. An image of one of the hyperlinks at issue in *Seneca v. Homeaglow Inc.*, Case No. 8:23-cv-2308, (C.D. Cal.). An image of this hyperlink was filed at ECF No. 11-6 in the docket of this case. Morrison references the district court's decision in *Seneca*— as well as this Court's decision affirming the district court—in her Answering Brief.

1

Dated: April 14, 2025         Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:  */s/ Max S. Roberts*
       Max S. Roberts

Yitzchak Kopel
Max S. Roberts
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
E-Mail: ykopel@bursor.com
          mroberts@bursor.com

**BURSOR & FISHER, P.A.**
L. Timothy Fisher
1990 North California Blvd., 9th Floor
Walnut Creek, CA  94596
Telephone: (925) 300-4455
E-mail: ltfisher@bursor.com

*Attorneys for Plaintiff-Appellee*

2